

## ORDERED in the Southern District of Florida on July 23, 2015.

*A. Jay Cristol*
**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| In re:<br>Teresa Cernuda,<br><br>_____Debtor._____/ | Case No. 11-33975-AJC<br>Chapter 13 |

### ORDER SUSTAINING OBJECTION TO CLAIM OF HSBC BANK NEVADA, N.A. C/O BASS & ASSOCIATES, P.C. [#11-1], ECAST SETTLEMENT CORPORATION C/O BASS & ASSOCIATES, P.C. [#11-2]

THIS CAUSE heard before the Court on July 21, 2015 at 9:00 A.M. upon the Debtor's Objection to Claim #11-1 filed by HSBC Bank Nevada, N.A. c/o Bass & Associates, P.C. and Claim #11-2 filed by eCast Settlement Corporation c/o Bass & Associates, P.C. (the "Objection"; D.E. #45). The Court having reviewed the file and being otherwise fully advised, it is

**ORDERED**:

1. The Objection to Claim #11-1 filed by HSBC Bank Nevada, N.A. c/o Bass & Associates, P.C. is SUSTAINED.

2. The Objection to Claim #11-2 filed by eCast Settlement Corporation c/o Bass & Associates, P.C. is SUSTAINED.

3. That Proof of Claim #11-1 filed by HSBC Bank Nevada, N.A. c/o Bass & Associates, P.C. is reclassified to general unsecured.

4. That Proof of Claim #11-2 filed by eCast Settlement Corporation c/o Bass & Associates, P.C. is reclassified to general unsecured.

# # #

Attorney Richard J. Adams is directed to serve a copy of this order on all interested parties and file a certificate of service with the Clerk of the Court.